UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-60037-CIV-SINGHAL/VALLE

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

LE CREUSET OF AMERICA, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice filed by Plaintiff (DE [14]). The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** with each party to bear his or its own costs and fees, including attorneys' fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29th day of March 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF